UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA JEFFREY, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-00752-JSW   (JSC)<br><br>**ORDER SETTING TELEPHONE SETTLEMENT CALL** |

This action has been referred to the undersigned magistrate judge for a settlement conference to occur by August 9, 2016.  To prepare for the settlement conference, the parties are ordered to participate in a pre-settlement telephone call on **Monday, June 20, 2016 at 9:00 a.m.**  The parties shall use the following conference call dial-in number:  1-888-675-2535 and access code: 1248165.

**IT IS SO ORDERED.**

Dated: June 15, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge