UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA JEFFREY, et al.,<br><br>Plaintiffs.<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>Defendants. | Case No. 16-cv-00752-JSW   (JSC)<br><br>**ORDER RE: SETTLEMENT STATUS** |

This action has been referred to Magistrate Judge Jacqueline Scott Corley for settlement purposes. The remaining parties in this case are ordered to do the following:

1. Plaintiff(s) shall make a demand in writing for settlement to each defendant on or before July 22, 2016. If Plaintiff has already done so, Plaintiff shall reiterate his/her demand or make a new demand.

2. Each defendant shall respond in writing to Plaintiff's demand on or before August 22, 2016.

3. Following the exchange of offers and counteroffers, the parties shall negotiate in a good faith attempt to resolve the claims without further court intervention.

4. If the case is not resolved by the negotiations, each party in each case shall prepare Settlement Conference Statements which must be LODGED with Judge Corley's Chambers (NOT electronically filed) on or before **August 31, 2016.** Please 3-hole punch the document at the left side. Each party shall also submit their Settlement Conference Statement in .pdf format and email their statement to JCSPO@cand.uscourts.gov and JSCPO@cand.uscourts.gov.

5. The Court will hold a further telephone settlement call with the remaining parties on **September 2, 2016** at 9:00 a.m. The parties shall use the following conference call dial-in number: 1-888-675-2535 and access code: 1248165.

6. The August 9, 2016 deadline for a settlement conference is VACATED.

**IT IS SO ORDERED.**

Dated: June 20, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge