|   |   |
|---|---|
| 1 | ALAN R. BRAYTON, ESQ., S.B. #73685 |
| 2 | DAVID R. DONADIO, ESQ., S.B. #154436<br>KIMBERLY J. CHU, ESQ., S.B. #206817 |
| 3 | kchu@braytonlaw.com<br>BRAYTON❖PURCELL LLP |
| 4 | Attorneys at Law<br>222 Rush Landing Road |
| 5 | P.O. Box 6169<br>Novato, California 94948-6169 |
| 6 | (415) 898-1555<br>(415) 898-1247 (Facsimile) |
| 7 |   |
| 8 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| DIANA JEFFREY, as Wrongful Death Heir, and as Successor-in-Interest to BILLY JEFFREY, Deceased, and STEVEN JEFFREY, BRIAN JEFFREY, MICHAEL JEFFREY, as Legal Heirs of BILLY JEFFREY, Deceased,<br><br>      Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 4:16-cv-00752-JSW<br><br>[PROPOSED]<br>ORDER RE: ELECTRONIC SERVICE<br>AS MODIFIED HEREIN |

The parties in this matter stipulate to an Order providing for electronic service of certain pleadings and other documents in this case based on the determination that establishing a uniform manner of electronic service will reduce delay, expense and inconvenience to the parties, assist in trial preparation and further the administration of justice. All parties consent to service by electronic transmission. The parties' stipulation shall not extend by three days the time for filing opposition and reply briefs to motions. Those dates shall be based on the date the motion was filed in the Court's ECF system.

IT IS SO ORDERED.

Dated: August 4, 2016

_____
Honorable Jeffrey S. White
United States District Judge

K:\LA\121299\PLD\stp-eservice-fed.wpd                      7
STIPULATION AND ORDER RE: ELECTRONIC SERVICE